| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Dennis McGoldrick 97720<br>McGoldrick<br>350 S. Crenshaw Bl., #A207B<br>Torrance, CA 90503<br>Tele: (310) 328-1001  Fax: (310) 328-0332<br>☑ Attorney for | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re<br>**Stanton, Paul Lawrence**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☑ Petition, statement of affairs, schedules or lists      Date Filed: _____

☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____

☐ Other: _____      Date Filed: _____

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_____      **March  2, 2011**
Signature of Signing Party      Date

**Paul Lawrence Stanton**
Printed Name of Signing Party

_____      Date
Signature of Joint Debtor (if applicable)

_____
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____      **March  2, 2011**
Signature of Attorney for Signing Party      Date

**Dennis McGoldrick**
Printed Name of Attorney for Signing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

November 2006

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court

## Central District of California

IN RE:                                                    Case No. **1:11-bk-12733-GM**

**Stanton, Paul Lawrence**                                Chapter **11**

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE

## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Paul Lawrence Stanton**

Date: **April  1, 2011**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Central District of California

IN RE:                                                                    Case No. **1:11-bk-12733-GM**

**Stanton, Paul Lawrence**                                               Chapter **11**

                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 3,850,000.00 | | |
| B - Personal Property | Yes | 3 | $ 6,243,983.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 5,768,260.25 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 511,610.57 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | $ 8,148,790.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 7,750.00 |
| TOTAL | | 37 | $ 10,093,983.00 | $ 14,428,660.84 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
## Central District of California

IN RE:                                                    Case No. **1:11-bk-12733-GM**

**Stanton, Paul Lawrence**                                Chapter **11**

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 278,840.92 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **278,840.92** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 7,750.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 10,666.67 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 2,590,167.15 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 511,610.57 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 8,148,790.02 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 10,738,957.17 |

B6A (Official Form 6A) (12/07)

IN RE **Stanton, Paul Lawrence**                                    Case No. **1:11-bk-12733-GM**
_____                        _____
                    Debtor(s)                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Commercial Property   8219 So. Vermont Los Angeles, CA Debtor owns 20%** | | | **750,000.00** | **921,000.00** |
| **Hanalei Residence   5453 Weke Road Hanalei, HI** | | | **2,100,000.00** | **1,793,093.10** |
| **Topanga Residence   281 Powderhorn Ranch Rd. Topanga, CA 90290** | | | **1,000,000.00** | **2,977,000.00** |
| | | **TOTAL** | **3,850,000.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Stanton, Paul Lawrence**                                                    Case No. **1:11-bk-12733-GM**

_____
Debtor(s)                                                                                                   (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **cash   on my person** | | **300.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **bank account, DIP   Los Angeles, City National Bank** | | **22,283.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **beds, chairs, tables, kitchen items, sofas. standard items residence** | | **1,500.00** |
| | | **Home Furnishings  -  5453 Weke Road, Hanalei, Hi 96714** | | **1,500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **paperback books, cds, minor art work   Hanalei** | | **200.00** |
| | | **paperback books, cds, minor art work   residence** | | **500.00** |
| 6.  Wearing apparel. | | **suits, ties, shirts, pants, underwear, sweatshirts   residence** | | **1,000.00** |
| | | **tshirts, shorts, towels   Hanalei** | | **25.00** |
| 7.  Furs and jewelry. | | **watch** | | **100.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **basketball, bicycles, baseball gloves, legos** | | **250.00** |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Met Life insurance   residence, past due premiums $2600** | | **5,000.00** |
| 10.  Annuities. Itemize and name each issue. | x | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | x | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                                                                    Case No. **1:11-bk-12733-GM**
_____
Debtor(s)                                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **sole proprietorship Law Offices of Paul L. Stanton   Santa Monica, (Listed as no sale value as this is a personal services business, which cannot be sold without a convenant not to compete).** | | 0.00 |
| | | **Washnet LLC, (assets sold 2005 or 2006)** | | 0.00 |
| | | **Surf and Wash LLC (suspended)** | | |
| | | **SMI (Stanton Marketing Inc.) (suspended)** | | |
| | | **Cali Transportation LLC, (suspended)** | | |
| | | **llp's and coproprations went out of business in 2006 and before.** | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | | **Potenetial interst in an entity called Red Bluff** | | 0.00 |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **second trust deed   Murietta, ca** | | 165,000.00 |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **$6,000,000.00 accounts receivable in cross-complaints for fees. Actual collectable values are undetermined.** | | 6,000,000.00 |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | | **State Bar license, Drivers License, City of Santa Monica business license** | | 0.00 |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE  **Stanton, Paul Lawrence**                                    Case No.  **1:11-bk-12733-GM**
_____                              _____
            Debtor(s)                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Toyota Land Cruiser FJ-80, Hawaii** | | **16,980.00** |
| | | **2003 Volkswagen Jetta TDI;  Topanga** | | **8,075.00** |
| | | **2005 GMC Yukon; Topenga, CA** | | **16,270.00** |
| 26.  Boats, motors, and accessories. | | **two 1998 yamaha jet skis   topanga** | | **2,000.00** |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **desks, table, chairs, supplies, computers   Santa Monica** | | **2,000.00** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **3 house dogs (poodles), 8 goats, 2 Donkeys (used as guard dogs)** | | **1,000.00** |
| | | | **TOTAL** | **6,243,983.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____  **0**  continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

| | |
|---|---|
| IN RE **Stanton, Paul Lawrence** | Case No. **1:11-bk-12733-GM** |
| Debtor(s) | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **bank account, DIP   Los Angeles, City National Bank** | CCCP § 703.140(b)(5) <br> CCCP § 703.140(b)(5) | 350.00 <br> 1,175.00 | 22,283.00 |
| **beds, chairs, tables, kitchen items, sofas. standard items   residence** | CCCP § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| **Home Furnishings  -  5453 Weke Road, Hanalei, Hi 96714** | CCCP § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| **paperback books, cds, minor art work Hanalei** | CCCP § 703.140(b)(3) | 200.00 | 200.00 |
| **paperback books, cds, minor art work residence** | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| **suits, ties, shirts, pants, underwear, sweatshirts   residence** | CCCP § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **tshirts, shorts, towels   Hanalei** | CCCP § 703.140(b)(3) | 25.00 | 25.00 |
| **watch** | CCCP § 703.140(b)(4) | 100.00 | 100.00 |
| **basketball, bicycles, baseball gloves, legos** | CCCP § 703.140(b)(3) | 250.00 | 250.00 |
| **$6,000,000.00 accounts receivable in cross-complaints for fees. Actual collectable values are undetermined.** | CCCP § 703.140(b)(5) | 655.00 | 6,000,000.00 |
| **2003 Volkswagen Jetta TDI;  Topanga** | CCCP § 703.140(b)(5) | 8,075.00 | 8,075.00 |
| **2005 GMC Yukon; Topenga, CA** | CCCP § 703.140(b)(2) <br> CCCP § 703.140(b)(5) | 3,525.00 <br> 12,745.00 | 16,270.00 |
| **desks, table, chairs, supplies, computers Santa Monica** | CCCP § 703.140(b)(6) | 2,000.00 | 2,000.00 |
| **3 house dogs (poodles), 8 goats, 2 Donkeys (used as guard dogs)** | CCCP § 703.140(b)(3) | 1,000.00 | 1,000.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

IN RE **Stanton, Paul Lawrence**                                                    Case No. **1:11-bk-12733-GM**
_____                                        _____
Debtor(s)                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3029** <br><br>**Chase Bank** <br>**PO Box 15298** <br>**Wilminton, DE  19850** | | | **10/09 - 2nd on 281 Powderhorn Ranch Rd, Topenga, CA 90290** <br><br><br> VALUE $ **1,000,000.00** | | | X | 377,000.00 | 377,000.00 |
| ACCOUNT NO. **6145** <br><br>**Chase Bank** <br>**710 South Ash St. Suite 200** <br>**Glendale, CO  80246** | | | **2006 -  1st on 281 Powderhorn Ranch Rd, Topenga, CA 90290** <br><br><br> VALUE $ **1,000,000.00** | | | X | 2,600,000.00 | 1,600,000.00 |
| ACCOUNT NO. **0000** <br><br>**County Of Kauai** <br>**4444 Rice St. Suite 463** <br>**Lihue, HI  96766** | | | **2010 Property Taxes Hawii House** <br><br><br> VALUE $ **2,100,000.00** | | | X | 13,395.10 | |
| ACCOUNT NO. **PLS** <br><br>**Eley, Charles** <br>**4539 Hayvenhurst Ave.** <br>**Encino, CA  91436-3249** | | | **Personal loans given 2008 and earlier, notes have a trust deed on Vermont, but no equity in Vermont** <br><br><br> VALUE $ **750,000.00** | X | | | 536,000.00 | 536,000.00 |

_____**1**_____ continuation sheets attached

Subtotal
(Total of this page)    $ **3,526,395.10**    $ **2,513,000.00**

Total
(Use only on last page)    $ _____    $ _____

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                                          Case No. **1:11-bk-12733-GM**
_____                                          _____
Debtor(s)                                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5681** <br><br> **Franchise Tax Board** <br> **PO Box 942867** <br> **Sacramento, CA 94267-0011** | | | **2007-2010 State Income Taxes** <br> **Judgment for $30,408,70 12/23/2009** <br> **Judgment for $22797.77 10/12/2010** <br><br><br> VALUE $ | | | | **76,963.81** | **76,963.81** |
| ACCOUNT NO. **6230** <br><br> **LA Co Tax Assessor** <br> **South District Office** <br> **1401 E. Willow St.** <br> **Signal Hill, CA 90755** | | | **2010 Business Taxes** <br><br><br><br> VALUE $ | | | | **203.34** | **203.34** |
| ACCOUNT NO. **3462** <br><br> **Morovich, Josh And Yalffa** <br> **11111 Santa Monica Bl., #1840** <br> **Los Angeles, CA 90025** | | | **2007 loan, now a 2nd on Vermont, subordinated to Schaefer Funds** <br><br><br> VALUE $ **750,000.00** | | | | **100,000.00** | |
| ACCOUNT NO. **1804** <br><br> **Schaefer Funds** <br> **14250 Ventura Bl, 2nd Fl** <br> **Sherman Oaks, CA 91423** | | | **1st T.D. on 8219 S. Vermont Ave, Los Angeles, CA 90044 (recorded 2009)** <br><br><br> VALUE $ **750,000.00** | | | | **285,000.00** | |
| ACCOUNT NO. **7326** <br><br> **SLS** <br> **8742 Lucent Blvd Suite 300** <br> **Highlands Ranch, CO 80129** | | | **2010 Home loan - 1st on 5453 Weke Road, Hanali, HI 96754** <br><br><br> VALUE $ **2,100,000.00** | | | | **1,779,698.00** | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br><br> VALUE $ | | | | | |

Sheet no. _____**1**___ of _____**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **2,241,865.15**   $ **77,167.15**

Total
(Use only on last page)  $ **5,768,260.25**   $ **2,590,167.15**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Stanton, Paul Lawrence**                                                                Case No. **1:11-bk-12733-GM**
_____
Debtor(s)                                                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**3**_____ continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Stanton, Paul Lawrence**                                                    Case No. **1:11-bk-12733-GM**
_____                                              _____
Debtor(s)                                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

---

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1800**<br>**Acang Jr., Greg**<br>**12343 S. Fork Dr.**<br>**Arlington, TN  38002** | | | **2009 - former employee wages** | | | X | **12,500.00** | **12,500.00** | |
| ACCOUNT NO. **4207**<br>**Ardith Laessig**<br>**6150 Van Nuys Blvd. Room 206**<br>**Van Nuys, CA  91401** | | | **9/24/2010 Former Employee Wages court# 10C04207** | | | | **15,962.37** | **15,962.37** | |
| ACCOUNT NO. **1002**<br>**Burns, Shannon H.**<br>**2305 Overland Ave.**<br>**Los Angeles, CA  90064** | | | **2009/2010 Former Employee Wages** | | | X | **33,400.00** | **33,400.00** | |
| ACCOUNT NO. **4192**<br>**Kim, Shaighn S.**<br>**5805 West 8th St. #202**<br>**Los Angeles, CA  90036** | | | **2009-2011 Existing Employee Wages** | | | | **136,182.28** | **136,182.28** | |
| ACCOUNT NO. **5593**<br>**Saman, Sandra**<br>**9554 1/2 W. Olympic Blvd.**<br>**Beverly Hills, CA  90212** | | | **2009-2010 Former Employee Wages** | | | | **7,225.00** | **7,225.00** | |
| ACCOUNT NO. **3167**<br>**Smith, Laverne**<br>**2364 W. 31st St.**<br>**Los Angeles, CA  90018** | | | **2009-2010 Employee Wages** | | | | **27,500.00** | **27,500.00** | |

Sheet no. ____**1**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **232,769.65**   $ **232,769.65**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

| IN RE | Stanton, Paul Lawrence | | Case No. | 1:11-bk-12733-GM |
|---|---|---|---|---|
| | Debtor(s) | | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5255**<br>**Employment Development Department**<br>**PO Box 980910 MIC 92-F**<br>**West Sacramento, CA  95798** | | | **8/18/2010 Payroll Taxes Employee Contibution and Penalties** | | | | **15,942.03** | **15,942.03** | |
| ACCOUNT NO. **0898**<br>**Employment Development Department**<br>**PO Box 826880 MIC 92F**<br>**Sacramento, CA  94280-0001** | | | **10/1/2008- 12/30/2009 Employee Contibution and Penalties** | | | | **16,003.29** | **16,003.29** | |
| ACCOUNT NO. **1000**<br>**Franchise Tax Board**<br>**Bankruptcy Unit**<br>**P. O. Box 2952**<br>**Sacramento, CA  95812-2952** | | | **2010 Taxes and Penalties** | | | | **250.00** | **250.00** | |
| ACCOUNT NO. **5681**<br>**Franchise Tax Board**<br>**Bankruptcy Unit**<br>**P. O. Box 2952**<br>**Sacramento, CA  95812-2952** | | | **2007 / 2008 Taxes and Penalties** | | | | **54,338.00** | **54,338.00** | |
| ACCOUNT NO. **1113**<br>**Franchise Tax Board**<br>**Bankruptcy Unit**<br>**P. O. Box 2952**<br>**Sacramento, CA  95812-2952** | | | **2010 Taxes and Penalties** | | | | **250.00** | **250.00** | |
| ACCOUNT NO. **1113**<br>**Franchise Tax Board**<br>**Bankruptcy Unit**<br>**P. O. Box 2952**<br>**Sacramento, CA  95812-2952** | | | **2008 Taxes and Penalties** | | | | **0.00** | | |

Sheet no. ___2___ of ___3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal<br>(Totals of this page) | $ **86,783.32** | $ **86,783.32** | $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

| IN RE | Stanton, Paul Lawrence | | Case No. | 1:11-bk-12733-GM |
|---|---|---|---|---|
| | Debtor(s) | | | (If known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1910**<br>**Franchise Tax Board**<br>**Bankruptcy Unit**<br>**P. O. Box 2952**<br>**Sacramento, CA  95812-2952** | | | **4/19/2010 Taxes and Penalties** | | | | 22,402.42 | 22,402.42 | |
| ACCOUNT NO. **7260**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114** | | | **2009 / 2010 Estimate on Income Taxes and Penalties** | | | | 22,012.38 | 22,012.38 | |
| ACCOUNT NO. **9129**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114** | | | **2008 Estimate on Income Taxes and Penalties** | | | X | 147,642.80 | 147,642.80 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**3**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 192,057.60 | $ 192,057.60    $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 511,610.57 | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 511,610.57   $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Stanton, Paul Lawrence**
_____
Debtor(s)

Case No. **1:11-bk-12733-GM**
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2738** <br><br> **All Courts Filed In** <br> **25910 Acero St. Suite 360** <br> **Mission Viejo, CA  92691** | | | **2008/2009 - Attorney/Messanger Service** | | | X | **0.00** |
| ACCOUNT NO. **7755** <br><br> **Allstar Attorney & Messenger Service** <br> **345 S. Figueroa  Street, #305** <br> **Los Angeles, CA  90071** | | | **2009/2010 - Attorney/Messanger Service - Judgment 10/8/2009** | | | | **5,105.00** |
| ACCOUNT NO. **nLaw** <br><br> **Alvah Bushnell Company** <br> **519 E. Chelton Ave** <br> **Philadelphia, PA  19144** | | | **2009 - Office Supplies** | | | X | **270.65** |
| ACCOUNT NO. **7116** <br><br> **Anthem Blue Cross** <br> **PO Box 9051** <br> **Oxnard, CA  93031-9051** | | | **2010 - Health Care** | | | X | **4,989.00** |

**21** continuation sheets attached

Subtotal
(Total of this page) $ **10,364.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**         Case No. **1:11-bk-12733-GM**

Debtor(s)               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8929** <br> **Aptara Formerly Whitmont** <br> **PO Box 71129** <br> **Los Angeles, CA 90071-0129** | | | 2007 Education Support - Legal Research | | | X | 3,839.00 |
| ACCOUNT NO. **5534** <br> **Aspen Collections** <br> **PO Box 10689** <br> **Brooksville, FL 34603-0689** | | | 7/15/2010 Office Supplies | | | X | 3,278.70 |
| ACCOUNT NO. **4076** <br> **AT&T Mobility** <br> **PO Box 60017** <br> **Los Angeles, CA 90060-0017** | | | 7/16/010 telephonic services claim | | | X | 277.77 |
| ACCOUNT NO. **7502** <br> **Avaya** <br> **1440 Hertz Quail Spring Pkwy** <br> **Oklahoma City, OK 73134** | | | 2/2/10 - Education Support | | | X | 1,770.35 |
| ACCOUNT NO. **1345** <br> **Bank Of America** <br> **PO Box 2240** <br> **Brea, CA 92822** | | | 2000- 2010 Credit Cards | | | X | 4,685.54 |
| ACCOUNT NO. **3303** <br> **Bank Of America** <br> **PO Box 2240** <br> **Brea, CA 92822** | | | 12/2004 - 5/10/2010 Credit Card for Personal and Business | | | | 66,403.11 |
| ACCOUNT NO. **3096** <br> **Bank Of America** <br> **PO Box 2240** <br> **Brea, CA 92822** | | | 2006-2011 Personal Credit Card used for Business | | | X | 15,485.11 |

Sheet no. ____**1**____ of ____**21**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **95,739.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Stanton, Paul Lawrence__                                    Case No. __1:11-bk-12733-GM__
           Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2244**<br>**Bank Of America**<br>**PO Box 2240**<br>**Brea, CA  92822** | | | 2006-5/2010 Credit Card - Use for Business | | | X | 43,270.35 |
| ACCOUNT NO. **5320**<br>**Bank Of America**<br>**PO Box 2240**<br>**Brea, CA  92822** | | | 2007 - 3/5/10 Business Credit Card | | | X | 42,078.95 |
| ACCOUNT NO. **ones**<br>**Beverly Hills Bar Association**<br>**PO Box 515495**<br>**Los Angeles, CA  90051** | | | 5/1/2009 Jamila Jones Claims Collected from Bar Association | | | X | 1,974.80 |
| ACCOUNT NO. **1840**<br>**Bloom & Ruttenberg**<br>**11111 Santa Monica Blvd. Suite 1840**<br>**Los Angeles, CA  90025** | | | 2009/2010 Office Rent | | | X | 125,000.00 |
| ACCOUNT NO. **2739**<br>**Bonded Services**<br>**PO Box 515318**<br>**Los Angeles, CA  90051** | | | 1/26/10 - $100<br>9/29/10 - $225<br>6/23/10 - $195<br>3/18/10 - $979.99 | | | X | 1,499.99 |
| ACCOUNT NO. **nton**<br>**Brian Murphy**<br>**11355 W. Olympic Blvd #300**<br>**Los Angeles, CA  90064** | | | 2006 Space Planning - Architect | | | X | 10,000.00 |
| ACCOUNT NO. **2882**<br>**Caine & Weiner**<br>**PO Box 5010**<br>**Woodland Hills, CA  93165-5010** | | | 8/13/2010 Collections for Business Taxes | | | X | 18,811.32 |

Sheet no. ___2___ of ___21___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 242,635.41

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**
Debtor(s)

Case No. **1:11-bk-12733-GM**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **69CA** <br> **California Recovery Company** <br> **9200 Oakdale Ave. CA2-4379** <br> **Chatsworth, CA  91311** | | | **May 2010 Foreclosure Service - Topanga Property** | | | X | **2,600,000.00** |
| ACCOUNT NO. **7768** <br> **Capital One** <br> **3901 Nt. Dallas Tollway** <br> **Plano, TX  75093** | | | **2003 - 2010 Credit Card** | | | X | **0.00** |
| ACCOUNT NO. **2540** <br> **CB USA** <br> **PO Box 9714** <br> **Gray, TN  37615** | | | **2001-2010 Credit Card** | | | X | **0.00** |
| ACCOUNT NO. **0160** <br> **Charles B. Carey Corporation** <br> **25910 Acero St. Suite 360** <br> **Mission Viejo, CA  92691** | | | **11/18/2010 Law suit** | | | X | **5,464.29** |
| ACCOUNT NO. **7429** <br> **Chase Bank U.S.A.** <br> **PO Box 94014** <br> **Palatine, IL  60094-4014** | | | **2006 - 1/7/11 Credit Card** | | | X | **27,689.73** |
| ACCOUNT NO. **1218** <br> **Chase Bank U.S.A.** <br> **201 N. Walnut St** <br> **Wilminton, DE  19801** | | | **2005 - 2010 Credit Card** | | | X | **12,316.97** |
| ACCOUNT NO. **5346** <br> **Chase Cardmember Service** <br> **PO Box 94014** <br> **Palatine, IL  60094-4014** | | | **2007- 1/2011 Credit Card** | | | X | **12,300.00** |

Sheet no. **3** of **21** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,657,770.99**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                                      Case No. **1:11-bk-12733-GM**
_____                                      _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8884**<br>**Chevy Chase Fed Sav**<br>**6200 Chevy Chase Dr.**<br>**Laurel, MD  20707** | | | **2006 - 2010 Credit Card** | | | X | 0.00 |
| ACCOUNT NO. **4424**<br>**Citi Bank**<br>**PO Box 6500 C/O Citi Corp**<br>**Sioux Falls, SD  57117** | | | **2006 -2010 Credit Card** | | | X | 0.00 |
| ACCOUNT NO. **7562**<br>**Citi Bank**<br>**PO Box 6500 C/O Citi Corp**<br>**Sioux Falls, SD  57117** | | | **2006 -2010 Credit Card** | | | X | 80,070.86 |
| ACCOUNT NO. **4682**<br>**City Of Los Angeles**<br>**PO Box 53233**<br>**Los Angeles, CA  90053-0233** | | | **1/3/2011 Business Tax Penalty** | | | X | 43.88 |
| ACCOUNT NO. **0011**<br>**City Of Los Angeles Business Tax Renewal**<br>**PO Box 53200**<br>**Los Angeles, CA  90053-0200** | | | **9/14/2010 Business Tax** | | | X | 0.00 |
| ACCOUNT NO. **8812**<br>**City Of Los Angeles Dept Of Finance**<br>**PO Box 53200**<br>**Los Angeles, CA  90053-0200** | | | **3/1/2010 Billing for Busness Tax** | | | X | 0.00 |
| ACCOUNT NO. **0012**<br>**City Of Los Angeles Office Of Finance**<br>**PO Box 53200**<br>**Los Angeles, CA  90053-0200** | | | **4/22/2010 Billing for Busness Tax** | | | X | 0.00 |

Sheet no. ____**4**____ of ___**21**___ continuation sheets attached to                    Subtotal        $  **80,114.74**
Schedule of Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                                          Case No. **1:11-bk-12733-GM**
_____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4682** <br> **City Of Los Angeles Office Of Finance** <br> **PO Box 53233** <br> **Los Angeles, CA  90053-0233** | | | 8/9/2010 Billing for Busness Tax | | | X | 35.60 |
| ACCOUNT NO. **6635** <br> **Continuing Education Of The Bar** <br> **300 Frank H. Ogawa Plaza Suite 410** <br> **Oakland, CA  94612** | | | 11/10/2009 Continuing Education | | | X | 92.68 |
| ACCOUNT NO. **5088** <br> **Control Air Conditioning Service Corp.** <br> **5200 E. La Palma Ave** <br> **Anaheim, CA  92807** | | | 2008-2010 Service Work | | | X | 877.15 |
| ACCOUNT NO. **1322** <br> **Control Air Conditioning Service Corp.** <br> **5200 La Palma Ave** <br> **Anaheim, CA  92807** | | | 9/13/2010 Service Work - Judgment | | | X | 917.15 |
| ACCOUNT NO. **1006** <br> **Costco AmEx** <br> **Box 0001** <br> **Los Angeles, CA  90096-8000** | | | 2004-2011 Company Amex Credit Card for Business | | | X | 16,800.00 |
| ACCOUNT NO. **0001** <br> **Craig Caldwell** <br> **251 South Lake Avenue** <br> **Pasadena, CA  91101** | | | 2007-2010 - Former Client | | | X | 0.00 |
| ACCOUNT NO. **nton** <br> **Credit Service Company** <br> **7120 Hayvenhurst Ave. Suite 300** <br> **Van Nuys, CA  91407** | | | 12/17/2010 collection agency | | | X | 0.00 |

Sheet no. ____**5**____ of ____**21**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **18,722.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Stanton, Paul Lawrence</u>                                                    Case No. <u>1:11-bk-12733-GM</u>
        Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9347<br>**David Ostrove, A Professional Corporatio**<br>**499 North Canyon Dr. 4th Floor**<br>**Beverly Hills, CA 90210** | | | 4/13/2010 - Expert Witness | | | X | 14,836.39 |
| ACCOUNT NO. 0588<br>**DDS Legal Support Systems**<br>**2900 Bristol E-106**<br>**Costa Mesa, CA 92626** | | | 2/28/2011 Legal Support | | | | 650.00 |
| ACCOUNT NO. 7260<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201-0039** | | | 2009 / 2010 Estimate on Income Taxes and Penalties | | | | 49,571.35 |
| ACCOUNT NO. 7260<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201-0039** | | | 2008 Estimate on Income Taxes and Penalties | | | | 448.00 |
| ACCOUNT NO. 6384<br>**Designed Receivable Solutions**<br>**Centerpointe Dr. Suite 450**<br>**La Palma, CA 90623** | | | 4/23/10 Collection Agency | | | | 983.05 |
| ACCOUNT NO.<br>**Maria Del Rey Hospital**<br>**4650 Lincoln Blvd.**<br>**Marina Del Rey, CA 90292** | | | Assignee or other notification for:<br>**Designed Receivable Solutions** | | | | |
| ACCOUNT NO. 2787<br>**Discover**<br>**PO Box 6103**<br>**Carol Stream, IL 60197-6103** | | | 2007-2010 Credit Card | | | | 13,573.87 |

Sheet no. ____6____ of ____21____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 80,062.66

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                            Case No. **1:11-bk-12733-GM**
_____
Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3020**<br>**Dolos Brown Esq., Robert Kaufman, Esq**<br>28118 Agoura Rd. Suite 103<br>Agoura Hills, CA  91301 | | | 2009 Attorneys for Don U. Fleischman Judgment | | | | 0.00 |
| ACCOUNT NO. **1953**<br>**Eley, Marilyn**<br>1073 Waters Edge Circle<br>Shreveport, LA  71106 | | | 1999 - 2010 Personal Loan | | | | 830,000.00 |
| ACCOUNT NO. **9371**<br>**Eley, Paige**<br>1073 Waters Edge Circle<br>Shreveport, LA  71106 | | | Aug 2010 - Settlment Agreement | | X | | 0.00 |
| ACCOUNT NO. **nton**<br>**Emerald Isle Tropical Plants, Inc.**<br>PO Box 937<br>Montrose, CA  91021 | | | 9/1/2009 - 2/1/2010 Office Plants Maintenance | | | | 823.90 |
| ACCOUNT NO. **3096**<br>**FIA Card Services**<br>PO Box 15019<br>Wilmington, DE  19850 | | | 2006-2010 Credit Card | | | | 13,879.00 |
| ACCOUNT NO. **0313**<br>**FIA Card Services**<br>PO Box 15019<br>Wilmington, DE  19850 | | | 2006-2010 Credit Card | | | | 60,472.00 |
| ACCOUNT NO. **5380**<br>**FIA Card Services**<br>PO Box 15019<br>Wilmington, DE  19850 | | | 2006-2010 Credit Card | | | | 4,157.00 |

Sheet no. **7** of **21** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 909,331.90

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Stanton, Paul Lawrence
_____
Debtor(s)

Case No.  1:11-bk-12733-GM
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1024<br>Fields, Casey<br>401 1/2 Howland Canal<br>Venice, CA  90291 | | | 2010-2011 - Independant Contractor | X | | | 6,000.00 |
| ACCOUNT NO.  7944<br>First Federal Bank<br>401 Wilshire Blvd. 3rd Floor<br>Santa Monica, CA  90401 | | | 2009 Personal Loan | | | | 0.00 |
| ACCOUNT NO.  6174<br>First Nationwide<br>5280 Corp Dr.#0002<br>Frederick, MD  21701 | | | 2008 Loan Broker purchase of Hawaii Property | | | | 0.00 |
| ACCOUNT NO.  3732<br>First Nationwide Mtg<br>840 Stillwater Rd. Bldg B<br>West Sacramento, CA  90000 | | | 2002 Credit Card | | | | 0.00 |
| ACCOUNT NO.  6068<br>First Regional Bank<br>1801 Century Park # 800<br>Los Angeles, CA  90067-2310 | | | 2008 Business  loan Judgement | | | | 500,000.00 |
| ACCOUNT NO.  4772<br>Fleischman, Don<br>2767 Butter Creek Dr.<br>Pasadena, CA  91107 | | | Client's Lawsuit 7/25/2001 Judgement | | | | 1,470,000.00 |
| ACCOUNT NO.  4272<br>Focus Receivables Management LLC<br>PO Box 725069<br>Atlanta, GA  31139-2069 | | | 7/7/2010 Office Services | | | | 1,727.09 |

Sheet no. ___8___ of ___21___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  1,977,727.09

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                                          Case No. **1:11-bk-12733-GM**
_____
Debtor(s)                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **nLaw** <br><br> **Gaytan & Co** <br> **11400 Olympic Blvd., 16th Floor** <br> **Los Angeles,, CA  90064** | | | **2008 CPAs** | | | | **54,000.00** |
| ACCOUNT NO. **0008** <br><br> **GE Capital** <br> **PO Box 31001-0273** <br> **Pasadena, CA  91110-0273** | | | **4/25/2010 Business Loan** | | | | **46,636.33** |
| ACCOUNT NO. **2135** <br><br> **Gilmaker, Deborah** <br> **790 N. Siavohn Dr.** <br> **Orange, CA  92869** | | | **2008-2009 Case #30-2009-0110828-CU-PN-CJC** <br> **Law Suit Pending** | | | | **0.00** |
| ACCOUNT NO. **18NI** <br><br> **Global Acceptance** <br> **5840 Interstate 20 W. STE** <br> **Arlington, TX  77017-1069** | | | **11/10 Office Services** | | | | **0.00** |
| ACCOUNT NO. **2164** <br><br> **Goldie, Ron R.** <br> **11968 Brentridge Dr.** <br> **Los Angeles, CA  90049** | | | **2009-2010 Former Client Threatened Lawsuit** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Gover, Pamela** <br> **10501 Wilshire Blvd. #803** <br> **Los Angeles, CA  90024** | | | **2009-2010 Personal Loan** | | | | **32,500.00** |
| ACCOUNT NO. **9788** <br><br> **Graham, Marcella** <br> **4501 Cedros Ave. Unit 312** <br> **Sherman Oaks, CA  91403** | | | **2010 Fees and Commissions Due** | | | | **40,000.00** |

Sheet no. ____**9**____ of ____**21**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **173,136.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                                         Case No. **1:11-bk-12733-GM**
_____                                   _____
               Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3732**<br>**Green Point Mortgage**<br>**2300 Brookstone CE**<br>**Columbus, GA  31904** | | | **12/2002 Credit Card** | | | | **0.00** |
| ACCOUNT NO. **5498**<br>**Guardian**<br>**PO Box 26050**<br>**Lehigh Valley, PA  18002-6050** | | | **4/16/10  Office Services** | | | | **203.23** |
| ACCOUNT NO. **5498**<br>**Guardian**<br>**PO Box 26050**<br>**Lehigh Valley, PA  18002-6050** | | | **2010 Office Services** | | | | **166.00** |
| ACCOUNT NO. **nton**<br>**Harrington-Phillips Funding Corporation**<br>**319 S. Robertson Blvd**<br>**Beverly Hills, CA  90211** | | | **2006-2009 Business Loan** | | | | **100,000.00** |
| ACCOUNT NO. **1122**<br>**Hawaiian Insurance And Guaranty Company,**<br>**PO Box 2255**<br>**Honolulu, HI  96804-2255** | | | **9/1/2010 Fire Property Ins on Hawaiian Property** | | | | **1,060.50** |
| ACCOUNT NO. **0001**<br>**HHLD Bank**<br>**PO Box 98706**<br>**Las Vegas, NV  89193** | | | **11/2006 - 9/2009 Credit Line** | | | | **0.00** |
| ACCOUNT NO. **0349**<br>**HSBC Bank**<br>**1441 Schilling Pl**<br>**Salinas, CA  93901** | | | **3/06 Credit Card - Never Used** | | | | **0.00** |

Sheet no. _____**10**___ of ___**21**___ continuation sheets attached to                              Subtotal      $ **101,429.73**
Schedule of Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

                                                                                              Total
                                                    (Use only on last page of the completed Schedule F. Report also on
                                                    the Summary of Schedules, and if applicable, on the Statistical
                                                    Summary of Certain Liabilities and Related Data.)              $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **Stanton, Paul Lawrence**                                                      Case No.  **1:11-bk-12733-GM**
_____                                              _____
               Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1958**<br>**HSBC NV**<br>**1441 Schilling Pl**<br>**Salinas, CA  93901** | | | **9/2005 Credit Card - Never Used** | | | | **0.00** |
| ACCOUNT NO.  **8699**<br>**HSBC/NEIMN**<br>**PO Box 15221**<br>**Wilmington, DE  19850** | | | **Opened 9/2006.  Zero balance for Notice Only** | | | | **0.00** |
| ACCOUNT NO.  **nton**<br>**Income Property Specialist**<br>**489 S. Robertson, Suite 105**<br>**Beverly Hills, CA  90211** | | | **2006-2009 Business Analysis** | | | | **0.00** |
| ACCOUNT NO.  **2010**<br>**Information Management Services, INC**<br>**439 North Larchmont Blvd.**<br>**Los Angeles, CA  90004** | | | **2009 / 2010  Business Analysis** | | | | **728.00** |
| ACCOUNT NO.  **F373**<br>**Iron Mountain**<br>**PO Box 601002**<br>**Pasadena, CA  91189-1002** | | | **2010 Document Destruction** | | | | **4,225.22** |
| ACCOUNT NO.  **1739**<br>**Ivize, LLC C/O Credit Management Associa**<br>**1851 E. 1st St, 6th Floor**<br>**Santa Ana, CA  92705-4017** | | | **2009-2010 Former Employee** | | | | **7,930.30** |
| ACCOUNT NO.  **9210**<br>**JAMS**<br>**PO Box 512850**<br>**Los Angeles, CA  90051** | | | **2009-2010 Arbitration Service** | | | | **800.00** |

Sheet no. ___**11**___ of ___**21**___ continuation sheets attached to                                Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)   $   **13,683.52**

                                                                                          Total
                                          (Use only on last page of the completed Schedule F. Report also on
                                          the Summary of Schedules, and if applicable, on the Statistical
                                          Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                                    Case No. **1:11-bk-12733-GM**
_____
Debtor(s)                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **nton** <br> **Jerry Upton** <br> **739 Stephenso** <br> **Shreveport, LA  71104** | | | **2009-2010 Personal loan** | | | | **300,000.00** |
| ACCOUNT NO. **1745** <br> **John Eyrich** <br> **11111 Sant Monica Bl 1840** <br> **Los Angeles, CA  90025** | | | **2009 Former Employee** | | | | **0.00** |
| ACCOUNT NO. **9174** <br> **Jones, Jamila** <br> **1119 E. Peck St** <br> **Compton, CA  90221** | | | **2008-2009 Former Employee** | | | | **6,700.00** |
| ACCOUNT NO. <br> **Joshua L. Siegel** <br> **2941 Main Street, Suite 200-F** <br> **Santa Monica, CA  90405** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Lambert Law Corporation** <br> **5255 Bothe Ave.** <br> **San Diego, CA  92192-2530** | | | **2008-2010 Business Loan** | | | | **30,000.00** |
| ACCOUNT NO. **7424** <br> **Law Offices Of Joel Cardis, LLC** <br> **2006 Swede Rd. Suite 100** <br> **E. Norrington, PA  19401** | | | **12/7/2010 Collection Agency** | | | | **2,739.40** |
| ACCOUNT NO. **6828** <br> **Lewis Brisbois Bisgaard** <br> **221 N. Figueroa St. Suite 1200** <br> **Los Angeles, CA  90012** | | | **3/31/2010 Legal Fees** | | | | **15,236.40** |

Sheet no. ___**12**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **354,675.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                          Case No. **1:11-bk-12733-GM**
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4224**<br>**Lexis Nexis, A Division Of Reed Elsevier**<br>**1600 John F. Kennedy Blvd, Suite 1655**<br>**Philadelphia, PA  19103** | | | **3/2010 Research Judgment 8/20/2010** | | | | **9,598.74** |
| ACCOUNT NO. **5640**<br>**Lexis Nexis, A Division Of Reed Elsevier**<br>**1600 John F. Kennedy Blvd., Suite 1655**<br>**Philadelphia, PA  19103** | | | **3/2010 Legal Research** | | | | **7,524.10** |
| ACCOUNT NO. **nton**<br>**Lori Ruiz Irvine Company**<br>**201 E. Sandpointe, Suite 220**<br>**Santa Ana, CA  92707** | | | **2009-2010 Previoius Office Rent** | | | | **39,004.50** |
| ACCOUNT NO. **6230**<br>**Los Angeles County Dept. Of Treasury And**<br>**225 N. Hill St. Rm. 122**<br>**Los Angeles, CA  90051-4818** | | | **11/5/2010 Taxes** | | | | **167.74** |
| ACCOUNT NO. **6230**<br>**Los Angeles County Dept. Of Treasury And**<br>**225 N. Hill St. Rm. 122**<br>**Los Angeles, CA  90051-4818** | | N | **9/14/2010 Taxes** | | | | **137.15** |
| ACCOUNT NO. **5640**<br>**Los Angeles County Recorder Office**<br>**PO Box 115**<br>**Los Angeles, CA  90078** | | | **9/30/2010 Recording of Judgment** | | | | **0.00** |
| ACCOUNT NO. **4432**<br>**Los Angeles County Recorder Office**<br>**500 W. Temple St.**<br>**Los Angeles, CA  90012** | | | **10/2010 Recorded Law Suit** | | | | **0.00** |

Sheet no. ___**13**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **56,432.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**
_____
Debtor(s)

Case No. **1:11-bk-12733-GM**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4001** <br> **Los Angeles County Tax Collector** <br> **225 North Hill St. Rm 122** <br> **Los Angeles, CA  90025** | | | **12/6/2010 Business Taxes  Judgment 166.15** <br> **12/6/10** | | | | **166.15** |
| ACCOUNT NO. **1089** <br> **Los Angeles Municipal** <br> **110 Grand Ave.** <br> **Los Angeles, CA  90012** | | | **3/2009 Case # 09M01089** | | | | **0.00** |
| ACCOUNT NO. **4772** <br> **Los Angeles Superior Court** <br> **6230 Sylmar Ave.** <br> **Van Nuys, CA  91401** | | N | **2001 Law suit** | | | | **0.00** |
| ACCOUNT NO. **3066** <br> **Los Angeles Times** <br> **202 W. First St. Room 434** <br> **Los Angeles, CA  90012** | | | **2010 Client Publications** | | | | **53.36** |
| ACCOUNT NO. **1536** <br> **LTD Financial Services** <br> **7322 Southwest Freeway Suite 1600** <br> **Houston, TX  77074** | | | **2010 Business Financing** | | | | **2,552.10** |
| ACCOUNT NO. **0667** <br> **Marriot** <br> **PO Box 8038** <br> **Lakeland, FL  33802** | | | **5/2003 Timeshare Deficiency** | | | | **30,420.00** |
| ACCOUNT NO. **2171** <br> **Mastromatteo, Nicholas** <br> **22 Latimer Rd** <br> **Santa Monica, CA  90403** | | | **2010 Client Potential Legal Issues** | | | | **0.00** |

Sheet no. **14** of **21** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **33,191.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                                    Case No. **1:11-bk-12733-GM**
_____
          Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2738**<br>**Matthew Bender & Company**<br>**9355 Burton Way**<br>**Beverly Hills, CA  90210** | | | **11/8/2010 Collections Services Performed**<br>**Judgment 1/10/2011** | | | X | **5,464.29** |
| ACCOUNT NO. **0160**<br>**Matthew Bender & Company**<br>**25910 Alero St, Suite 360**<br>**Mission Viejo, CA  92691** | | | **4/23/2010 Collections Services Performed** | | | | **4,650.00** |
| ACCOUNT NO. **nton**<br>**MBNA America**<br>**PO Box 15026**<br>**Wilmington, DE  19801** | | | **2005 - Opened, never used** | | | | **0.00** |
| ACCOUNT NO. **nton**<br>**MBNA America Bank NA**<br>**PO Box 17054**<br>**Wilmington, DE  19884** | | | **2004 Opened never used** | | | | **0.00** |
| ACCOUNT NO. **roup**<br>**MGO - Joel Baumblatt**<br>**2029 Century Park East, Suite 500**<br>**Los Angeles,, CA  90401** | | | **2008-2010 CPA Work** | | | | **2,200.00** |
| ACCOUNT NO. **7851**<br>**MorEquity**<br>**7116 Eagle Crest Blvd**<br>**Evansville, IN  47715** | | | **8/2003 Account Factor** | | | | **0.00** |
| ACCOUNT NO. **5036**<br>**Moss & Barnett**<br>**90 South Seventh St.**<br>**Minneapolis, MN  55402-4129** | | | **12/15/2010 Legal Services** | | | | **5,239.54** |

Sheet no. ____**15**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal
                                            (Total of this page)    $    **17,553.83**

                                                        Total
            (Use only on last page of the completed Schedule F. Report also on
            the Summary of Schedules, and if applicable, on the Statistical
            Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                                      Case No. **1:11-bk-12733-GM**
_____
Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3758** <br> **Motion Telecom / Voipwalker** <br> **PO Box 6453** <br> **Chicago, IL  60680-6453** | | | **2/1/2011 Long Distance Phone Services** | | | | **26.13** |
| ACCOUNT NO. **nton** <br> **MRS BPO LLC** <br> **1930 Olney Ave.** <br> **Cherry Hill, NJ  08003** | | | **2009-2010 Legal Services** | | | | **0.00** |
| ACCOUNT NO. **5577** <br> **Muller, Janice** <br> **5300 Playa Vista Dr.** <br> **Playa Vista, CA  90094-2505** | | | **2008 Business Loan** | | | | **0.00** |
| ACCOUNT NO. **5577** <br> **Muller, Robert J.** <br> **5300 Playa Vista Dr. Unit 20** <br> **Playa Vista, CA  90094-2505** | | | **2008 Business Loan** | | | | **30,000.00** |
| ACCOUNT NO. **nton** <br> **Muse Elementary School** <br> **1717 Old Topanga Canyon Rd.** <br> **Topanga, CA  90290** | | | **2009-2010 Private School Elementary - Judgment 12/1/2009** | | | | **17,844.49** |
| ACCOUNT NO. **629F** <br> **Nemecek And Cole** <br> **15260 Ventura Blvd #920** <br> **Sherman Oaks, CA  91430** | | | **4/01/2010 Attorney fees on the Fleishman Matter** | | | | **321,500.00** |
| ACCOUNT NO. **6092** <br> **NordstromFSB** <br> **PO Box 6566** <br> **Eaglewood, CO  80155** | | | **3/2001 Open account not used** | | | | **0.00** |

Sheet no. ___**16**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ **369,370.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                                                  Case No. **1:11-bk-12733-GM**
_____                                          _____
                   Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9851**<br>**Northstar Location Services, LLC**<br>**4285 Genesee St.**<br>**Cheektowaga, NY  14225-1943** | | | **11/8/2010 Attorney Support Services** | | | | **34,270.09** |
| ACCOUNT NO. **8325**<br>**Oldman, Cooley, Sallus, Gold, Birnberg &**<br>**16133 Ventura Blvd. Penthouse Suite A**<br>**Encino, CA  91436-2447** | | | **2/28/10 Business Loan** | | | | **40,000.00** |
| ACCOUNT NO. **0174**<br>**Onyx Accep**<br>**27051 Towne Centr Dr.**<br>**Foothill Rance, CA  92610** | | | **6/2006 Open Accounts Unused Business Services** | | | | **0.00** |
| ACCOUNT NO. **0067**<br>**Onyx Accep**<br>**27051 Towne Centr Dr**<br>**Foothill Ranch, CA  92610** | | | **6/2006 Open Accounts Unused Business Services** | | | | **0.00** |
| ACCOUNT NO. **8670**<br>**Onyx Accep**<br>**27051 Towne Centr Dr**<br>**Foothill Ranch, CA  92610** | | | **6/2006 Open Accounts Unused Business Services** | | | | **0.00** |
| ACCOUNT NO. **1536**<br>**Pitney Bowes**<br>**5101 Interchange Way**<br>**Louisville, KY  40229-2161** | | | **5/23/2010 Business Equipment** | | | | **3,153.11** |
| ACCOUNT NO. **nton**<br>**Powderhorn Partners, LLC**<br>**400 Continental Blvd. Suite 600**<br>**El Segundo, CA  90245** | | | **2011 Potential Buyers on Topanga** | | | | **0.00** |

Sheet no. ____**17**____ of ____**21**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                   $   **77,423.20**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**
_____
Debtor(s)

Case No. **1:11-bk-12733-GM**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2734** **Pro Consulting Services** PO Box 66510 Houston, TX 77266-6510 | | | 2010 Collection for Legal Support Network | | | | 2,869.37 |
| ACCOUNT NO. **nton** **Regina Stanton** 2019 Morgan Lane Redondo Beach, CA 90278 | | | 2009 Law suit Former Spouse | | | | 0.00 |
| ACCOUNT NO. **1986** **Riley, Jerry** 10061 Riverside Dr. #1018 Toluca Lake, CA 91602 | | | 2008-2009 Personal Loan | | | | 50,000.00 |
| ACCOUNT NO. **9800** **San Jacinto Z, LLC** 23293 Ventura Blvd. Woodland Hills, CA 91364 | | | 2009-2010 Former Client | | | | 0.00 |
| ACCOUNT NO. **1104** **Santa Monica Municipal Court** 1725 St. Santa Monica, CA 90401 | | | 2008-2009 Court Notification of #9C01104 | | | | 0.00 |
| ACCOUNT NO. **2072** **Serrano, Victoria J.** 2445 Burson Road Topanga, CA 90290 | | | 2008-2009 Business Loan | | | | 30,000.00 |
| ACCOUNT NO. **5534** **Shearwater Owners Association** 1230 Seacoast Dr Imperial Beach, CA 91932 | | | 5/28/2010 Timeshare | | | | 3,259.72 |

Sheet no. ___**18**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **86,129.09**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**                                                    Case No. **1:11-bk-12733-GM**
_____
Debtor(s)                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9373** <br> **South Bay Acceptance Corp** <br> **PO Box 891** <br> **Topenga, CA 90290, CA  90509** | | | 5/12/10 Business/Property/Auto Ins | | | | 3,718.32 |
| ACCOUNT NO. **0110** <br> **Sparkletts** <br> **PO Box 660579** <br> **Dallas, TX  75266-0579** | | | 12/1/10 Bottled Water Service | | | | 97.32 |
| ACCOUNT NO. **2000** <br> **Stanton, Constance E.** <br> **620 Plymouth Ave. #3** <br> **Claremont, CA  91711** | | | 2004-2010 Personal Loan | | | | 25,000.00 |
| ACCOUNT NO. **5255** <br> **State Of California Employment Developme** <br> **PO Box 826880** <br> **Sacramento, CA  94280-0001** | | | 2008/2009 Payroll Taxes and Penalties  Judgment 1/12/2010 | | | | 16,153.36 |
| ACCOUNT NO. **nLaw** <br> **Stelding Reporters, Inc** <br> **11845 W. Olympic Blvd Suite 1035 10th Fl** <br> **Los Angeles, CA  90064** | | | 2/6/2009 Court Reporters <br> Judgment $1,786.14 12/1/2010 <br> Judgment $3,063.93 12/1/2010 | | | | 7,060.87 |
| ACCOUNT NO. **8006** <br> **Steven K. Linkon** <br> **3535 Factoria Blvd. SE, Suite 200** <br> **Bellevue, WA  98006** | | | 2005 Business Loan | | | | 85,000.00 |
| ACCOUNT NO. **nton** <br> **Tate & Kirlin Assoc** <br> **2810 Southampton Rd.** <br> **Philadelphia, PA  19154** | | | 2008-2009 Legal Services Open account | | | | 0.00 |

Sheet no. _____**19**_____ of _____**21**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    $    **137,029.87**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**      Case No. **1:11-bk-12733-GM**

Debtor(s)        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2064** <br><br> **Taubman, Richard J.** <br> **C/o Circle T Ranch 24215 Viejas Grande R** <br> **Descanso, CA  91916** | | | 2005-2011 Client Exposure | | | | 0.00 |
| ACCOUNT NO. **7960** <br><br> **The Gas Company** <br> **PO Box 29850** <br> **Honolulu, HI  96820-2250** | | | 8/10/2010 Gas Utilities on Hawaii Property | | | | 461.50 |
| ACCOUNT NO. **4115** <br><br> **The Irvine Company** <br> **Department #6787** <br> **Los Angeles, CA  90084-6787** | | | 1991-2010 Overage on Air Conditioning Bill | | | | 86.33 |
| ACCOUNT NO. **08Sc** <br><br> **The State Compensation Fund** <br> **555 St. Charles Drive, Suite 100** <br> **Thousand Oaks, CA  91360** | | | 1/19/2011 State Workers Compensation Ins | | | | 888.86 |
| ACCOUNT NO. **nton** <br><br> **Thorsnes, Bartolotta & McGuire** <br> **2550 Fifth Ave. 11th Floor** <br> **San Diego, CA  92103** | | | 2007-2010 Business Loan | | | | 8,500.00 |
| ACCOUNT NO. **1PLS** <br><br> **Trudy Schindler** <br> **11111 Santa Monica Bl, Suite 1840** <br> **Los Angeles, CA  90025** | | | 2009 Consulting Services | | | | 45,000.00 |
| ACCOUNT NO. **nton** <br><br> **Vanoff, Nicholas** <br> **10960 Wilshire Blvd. Suite 1100** <br> **Los Angeles, CA  90024** | | | 2008-2010 Business Loan | | | | 600,000.00 |

Sheet no. **20** of **21** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 654,936.69

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Stanton, Paul Lawrence**
_____
Debtor(s)

Case No. **1:11-bk-12733-GM**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4681** <br> **Verizon** <br> **PO Box 920041** <br> **Dallas, TX  75392-0041** | | | **1/28/11 Office Phone Bills** | | | | **1,291.90** |
| ACCOUNT NO. **6729** <br> **Verizon** <br> **PO Box 920041** <br> **Dallas, TX  75392-0041** | | | **1/28/11 Office Phone Bills** | | | | **36.00** |
| ACCOUNT NO. **7446** <br> **VW Credit** <br> **2333 Waukegan Rd.** <br> **Deerfield, IL  60015** | | | **12/2005 Auto Loan Paid Off** | | | | **0.00** |
| ACCOUNT NO. **7446** <br> **VW Credit Inc** <br> **1401 Franklin Blvd.** <br> **Libertyville, IL  60048** | | | **12/2005 Auto Loan Paid Off** | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **21** of **21** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,327.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **8,148,790.02**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Stanton, Paul Lawrence**
_____
Debtor(s)

Case No. **1:11-bk-12733-GM**
_____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Jakle & Alexander**<br>**1250 Sixth Street, Suite 300**<br>**Santa Monica, CA  90401** | **Office Rent 1250 Sixth Street, Suite 300, Santa Monica, CA 90401**<br>**Sublease** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Stanton, Paul Lawrence** _____    Case No. **1:11-bk-12733-GM** _____
                          Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Stanton, Paul Lawrence** _____  Case No. **1:11-bk-12733-GM**
_____
                     Debtor(s)                                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**Son**<br>**Son** | | AGE(S):<br>**7**<br>**10** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | **37 years, 3 months** | |
| Address of Employer | **Santa Monica, CA  90401** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)                                 DEBTOR          SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $ _____ | $ _____ |
| 2. Estimated monthly overtime | | $ _____ | $ _____ |
| **3. SUBTOTAL** | | $ **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | | $ _____ | $ _____ |
| b. Insurance | | $ _____ | $ _____ |
| c. Union dues | | $ _____ | $ _____ |
| d. Other (specify) _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | | $ **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | | $ **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ _____ | $ _____ |
| 8. Income from real property | | $ _____ | $ _____ |
| 9. Interest and dividends | | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ _____ | $ _____ |
| 11. Social Security or other government assistance | | | |
| (Specify) _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| 12. Pension or retirement income | | $ _____ | $ _____ |
| 13. Other monthly income | | | |
| (Specify) _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | | $ **0.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

                                              $ _____ **0.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Stanton, Paul Lawrence**                                                                Case No. **1:11-bk-12733-GM**
_____
Debtor(s)                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ _____ |
|    a. Are real estate taxes included?  Yes ____ No ✔ | |
|    b. Is property insurance included?  Yes ____ No ✔ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ _____ |
|    b. Water and sewer | $ _____ |
|    c. Telephone | $ _____ |
|    d. Other  **Internet** | $ **400.00** |
| | $ _____ |
| 3. Home maintenance (repairs and upkeep) | $ _____ |
| 4. Food | $ _____ |
| 5. Clothing | $ _____ |
| 6. Laundry and dry cleaning | $ _____ |
| 7. Medical and dental expenses | $ _____ |
| 8. Transportation (not including car payments) | $ _____ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ |
| 10. Charitable contributions | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ _____ |
|    b. Life | $ _____ |
|    c. Health | $ _____ |
|    d. Auto | $ _____ |
|    e. Other  **Prop #2** | $ **350.00** |
| | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify)  **Miscellaneous** | $ **2,000.00** |
| | $ _____ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ _____ |
|    b. Other | $ _____ |
| | $ _____ |
| 14. Alimony, maintenance, and support paid to others | $ _____ |
| 15. Payments for support of additional dependents not living at your home | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| 17. Other  **Law Office** | $ **5,000.00** |
| | $ _____ |
| | $ _____ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.          $ **7,750.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | **0.00** |
|    b. Average monthly expenses from Line 18 above | $ | **7,750.00** |
|    c. Monthly net income (a. minus b.) | $ | **-7,750.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Stanton, Paul Lawrence**                                                    Case No. **1:11-bk-12733-GM**
_____
Debtor(s)                                                                            (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **39** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April  1, 2011** _____        Signature: _**/s/ Paul Lawrence Stanton**_____

                                                             **Paul Lawrence Stanton**                          Debtor

Date: _____        Signature: _____

                                                                                             (Joint Debtor, if any)

                                                             [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                             _____
                                                             (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**

**Central District of California**

IN RE:                                                                                                    Case No. __1:11-bk-12733-GM__

**Stanton, Paul Lawrence**                                                                       Chapter __11__

                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐   including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 65,700.00 | 2011 Law Practice |
| 469,351.43 | 2010 Law Practice |
| 556,079.00 | 2009 Law Practice |

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑   **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑   debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Ardith Laessig v. Paul L. Stanton Case No. 17-54201 - CJ | Employee Suit for Wages | Superior Court of California, County of Los Angeles, West District - Beverly Hills | Judgement |
| Ivize LLC V. Paul L. Stanton Case # 10C01739 | Suit for Money Damages, Research Access | Superior Court of California, County of Los Angeles, West District - Beverly Hills Courthouse | |
| Matthew Bender Vs. Paul L. Stanton, Case # 10C02738 | Money for Legal Books Provided | Superior Court of California, County of Los Angeles, West District - Beverly Hills Courthouse | Judgment |
| Gilmaker vs Stanton Case# 30-2009-00116828 | Suit for Money Damages, Former Client | Superior Court of California, County of Orange, 700 W. Civic Center Drive, Santa Ana, CA 92702 | Pending |
| Lexis Nexis vs Paul Stanton, Case # 09C04224 | Money Damages, Research Access Account | Superior Court of California, County of Los Angeles, West District - Beverly Hills | Judgment |
| Paul Stanton v. JP Morgan Chase, Case # SC109779 | 1.) Violation of Civil Code 2923.6 2.) Slander of Title 3.) Injunctive Relief 4.) Declaritory Relief | Superior Court of California, County of Los Angeles, West District - Santa Monica | Pending |
| Don U. Fleischman v. Paul Stanton, Case # BC 254772 | Suit over Attorney Fees | Superior Court of California, County of Los Angeles, Northwest District Van Nuys | Pending on Appeal |
| Control Air Conditioning Serv Corp v. Paul Stanton, Case # 10W01322 | Money Damages for AC Maintenance | Superior Court of California, County of Los Angeles, West Los Angeles | Judgment 9/13/2010 |
| Paul Stanton vs Robert Wilde, Case # RIC 408238 | Money Damages for Fees | Superior Court of California, County of Los Angeles - Riverside | Judgment |
| Muse Elementary School v. Paul Stanton, Case # 9C01104 | Money Damages for School Fees | Superior Court of California, County of Los Angeles, Santa Monica | Judgment |
| Courtroom Presentation v. Paul Stanton, Case # 09-M01089 | Money Damages for Services | Superior Court of California, County of Los Angeles | Judgment 08/09/11 |
| Employment Development Dept v. Paul Stanton, Case # SQ20101454432 | Damages for Business Taxes | Superior Court of California, County of Los Angeles | Judgment 10/2010 |
| Employment Development Dept v. Paul Stanton, Case # | Money Damages for Busines Taxes | Superior Court of California, County of Los Angeles | Judgment 12/2009 |

20091959599

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **McGoldrick** <br> **350 S. Crenshaw Blvd., # A207B** <br> **Torrance, CA  90503** | | **15,000.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Client Trust Fund - First Citizens Bank**<br>**PO Box 27131**<br>**Raleigh, NC  27611-7131** | **$18,761.41** | **Los Angeles Office** |

**15. Prior address of debtor**

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

☐ None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Law Offices Of Paul Stanton | 954439260 | 1250 6th Street, Suite 300 Santa Monica, CA 90401 | Law Practice | July 1980 - ongoing |

☑ None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

☐ None  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Greg Acang Jr. - Bookkeeper 12343 S. Fork Dr. Arlington, TN 38002 | 2008 - March 2010 |
| Gaytan & Co - CPA 11400 Olympic Blvd., 16th Floor Los Angeles, CA 90064 | 2007-2009 |

☑ None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☐ None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS | |
|---|---|
| Greg Acang Jr. 12343 S. Fork Dr. Arlington, TN 38002 | 2008-March 2010 |
| Gaytan & Co 11400 Olympic Blvd., 16th Floor Los Angeles, CA 90064 | 2007-2009 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **April  1, 2011** _____     Signature **/s/ Paul Lawrence Stanton** _____
                                        of Debtor                                         **Paul Lawrence Stanton**

Date: _____     Signature _____
                                        of Joint Debtor
                                        (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

February 2006                                                          2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br>**Stanton, Paul Lawrence**<br><div align="right">Debtor(s).</div> | CHAPTER:**11**<br><br>CASE NO.: **1:11-bk-12733-GM** |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Stanton, Paul Lawrence** _____ , the debtor in this case, declare under penalty
        *(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
     60-day period prior to the date of the filing of my bankruptcy petition.
     *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
     no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____ , the debtor in this case, declare under penalty
      *(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
     60-day period prior to the date of the filing of my bankruptcy petition.
     *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
     no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **April  1, 2011** _____   Signature */s/ Paul Lawrence Stanton* _____
                                                                                            *Debtor*

Date: _____   Signature _____
                                                                                            *Joint Debtor (if any)*

B22B (Official Form 22B) (Chapter 11) (12/10)

In re: __Stanton, Paul Lawrence__
　　　　　　　　Debtor(s)

Case Number: __1:11-bk-12733-GM__
　　　　　　　　　(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly.
Joint debtors may complete one statement only.

<div style="writing-mode: vertical-rl">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| | Part I. CALCULATION OF MONTHLY INCOME | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☑ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's<br>Income | **Column B**<br>Spouse's<br>Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<table><tr><td>a.</td><td>Gross receipts</td><td>$ 48,333.34</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 42,000.00</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $ 6,333.34 | $ |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 5 | **Interest, dividends, and royalties.** | $ | $ |
| 6 | **Pension and retirement income.** | $ | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ 4,333.33 | $ |

**B22B (Official Form 22B) (Chapter 11) (12/10)**

| | | | |
|---|---|---|---|
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ _____  Spouse $ _____ | $ | $ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a.  $<br>b.  $ | $ | $ |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $ **10,666.67** | $ |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ **10,666.67** | |

| | |
|---|---|
| | **Part II. VERIFICATION** |
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: **April 1, 2011** _____  Signature: ***/s/ Paul Lawrence Stanton*** _____<br>(Debtor)<br><br>Date: _____  Signature: _____<br>(Joint Debtor, if any) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only